The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| A&M RECORDS, a division of UMG RECORDINGS, INC., as successor-in-interest to A&M RECORDS, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>RAJAN PARASHAR, an individual,<br><br>Defendant. | No. 2:15-cv-00559-JLR<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR REMAND TO STATE COURT PURSUANT TO 28 U.S.C. § 1447(c) |

This matter having come before the Court on Plaintiff A&M Records' Motion for Remand to State Court Pursuant to 28 U.S.C. § 1447(c) (the "Motion"), and the Court having considered the Motion and the files and records herein, and having found that: a) Defendant is a resident of the State of Washington; b) Defendant was properly served and joined; c) removal of the above-captioned proceeding is improper pursuant to the "forum defendant rule" of 28 U.S.C. § 1441(b)(2); d) Defendant lacked an objectively reasonable basis for seeking removal; and e) Plaintiff is entitled to have this case remanded back to King County Superior Court. Therefore, the Court being fully advised, ORDERS as follows:

ORDER GRANTING PLAINTIFF'S MOTION FOR
REMAND TO STATE COURT PURSUANT TO
28 U.S.C. § 1447(c) - 1
Case No. 2:15-cv-00559-JLR

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

1. Plaintiff's Motion for Remand to State Court Pursuant to 28 U.S.C. § 1447(c) is GRANTED;

2. Pursuant to 28 U.S.C. §§ 1447(c) and 1447(d), all further proceedings in this case are REMANDED to King County Superior Court for the State of Washington;

3. Pursuant to 28 U.S.C. § 1447(c), Plaintiff is awarded its attorneys' fees and costs incurred in bringing this Motion in the amount of $1,000.00;

4. The clerk shall send copies of this Order to all counsel of record for all parties;

5. Pursuant to 28 U.S.C. § 1447(c), the clerk shall mail a certified copy of the remand order to the clerk for King County Superior Court for the State of Washington;

6. The clerk of this Court shall also transmit the record herein to the clerk for King County Superior Court for the State of Washington;

7. The clerk shall close this case; and

8. The parties shall file nothing further under this cause number and instead are instructed to seek any further relief to which they believe they are entitled from the courts of the State of Washington.

IT IS SO ORDERED.

DATED this 7th of May, 2015.

*[signature]*

Judge James L. Robart
United States District Court

//
//
//

ORDER GRANTING PLAINTIFF'S MOTION FOR
REMAND TO STATE COURT PURSUANT TO
28 U.S.C. § 1447(c) - 2
Case No. 2:15-cv-00559-JLR

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

1  Presented by:

2  K & L Gates LLP

3  By: /s/Lauren E. Sancken
   David C. Neu, WSBA #33143
4  Lauren E. Sancken, WSBA #43470
   925 Fourth Avenue, Suite 2900
5  Seattle, WA 98104
   Tel: (206) 623-7580
6  Fax: (206) 623-7022
   david.neu@klgates.com
7  lauren.sancken@klgates.com

8  Attorneys for Plaintiff
   A&M Records, a division of
9  UMG Recordings, Inc.

10 K:\2069631\00001\22857_LES\22857P20V4

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

ORDER GRANTING PLAINTIFF'S MOTION FOR
REMAND TO STATE COURT PURSUANT TO
28 U.S.C. § 1447(c) - 3
Case No. 2:15-cv-00559-JLR

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022